SEALED

E-FILED
Thursday, 05 November, 2020 10:00:38 AM
Clerk, U.S. District Court, ILCD

FILED
NOV 0 4 2020
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | |
| ) v. ) | CRIM. NO. 20-30070 |
| ) HENRY SPEIRS, ) | VIO: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B). |
| ) Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT I
(Possession with Intent to Distribute 5 Grams or More of Methamphetamine (Actual))

On or about October 10, 2020, in Scott County, in the Central District of Illinois,

**HENRY SPEIRS**,

the defendant herein, knowingly and intentionally possessed with intent to distribute 5 grams or more of methamphetamine (actual), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

A TRUE BILL,

s/Foreperson

_____
FOREPERSON

s/ Gregory M. Gilmore for
_____
JOHN C. MILHISER
UNITED STATES ATTORNEY
MZW