E-FILED
Thursday, 23 June, 2022  05:17:23 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.:  20-cr-30070 |
| | ) | |
| HENRY SPEIRS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW

NOW COMES counsel for Defendant, **Jeff Page**, and in support of his Motion to Withdraw as attorney of record for Defendant, states to this Honorable Court as follows:

1. On or about February 2, 2021, the undersigned counsel was appointed to represent Defendant in the above-captioned cause.

2. Recently, during the course of plea negotiations with the government, disclosures were made to the undersigned counsel regarding a cooperating witness.

3. The undersigned counsel currently represents said cooperating witness in State court proceedings in Sangamon County, Illinois.

4. The undersigned counsel for Defendant has advised Defendant of the aforementioned conflict of interest.

WHEREFORE, the undersigned counsel, **Jeff Page**, hereby requests that this Honorable Court allow him to withdraw from Defendant's case, given the aforementioned conflict and to appoint conflict free counsel to represent Defendant in this matter and for such other and further relief as this Court deems just and equitable.

Respectfully submitted,
Henry Speirs, Defendant

By:     **s/ Jeff Page**
        Jeff Page Bar Number: 6211836
        Attorney for Defendant
        Page Law Office
        2601 South Fifth Street
        Springfield, IL 62703
        Telephone:    (217) 522-2216
        Email:   jeffpagelawoffice@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on June _____, 2022, the foregoing document filed electronically, using the CM/ECF system, which will send notification of such filing to the following:

Matthew Weir                          matthew.weir@usdoj.gov
Kelsey Wang                           kelsey.wang@usdoj.gov


                        **s/ Jeff Page**
                        Jeff Page Bar Number: 6211836
                        Attorney for Defendant
                        Page Law Office
                        2601 South Fifth Street
                        Springfield, IL 62703
                        Telephone:    (217) 522-2216
                        Email:   jeffpagelawoffice@yahoo.com